UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>VICTOR MARR,<br>    Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>RAMIN RAD "RAY" YEGANEH,<br>    Defendant. | **ORDER OF JOINDER**<br>Case No. 14-cr-00580-PJH-4<br><br>and<br><br>Case No. 15-cr-00339-PJH-1 |

Pursuant to Rule 14 of the Federal Rules of Criminal Procedure, defendant Ramin Rad "Ray" Yeganeh, CR 15-339 PJH, is hereby joined for trial with Victor Marr, who is charged in *U.S. v. Marr,* CR 14-580 PJH, on the ground that both Victor Marr and Yeganeh are charged with bid rigging in Alameda County in violation of the Sherman Act, and could have been joined in a single indictment. The court further determines, based on the court's familiarity with evidence admitted in related bid rigging trials, that joinder would not unduly prejudice the parties because a significant amount of evidence admissible against one defendant would be admissible against the other defendant in

separate trials.  The pretrial and trial dates previously set by the court in *Yeganeh*, CR 15-339 PJH, remain in place.

**IT IS SO ORDERED.**

Dated:  April 28, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge